# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DYNAMIC DATA INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD NAVY, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:24-cv-00712-JRG<br><br>(**Lead Case**)<br><br><br>**JURY TRIAL DEMANDED** |
| DYNAMIC DATA INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVISMATHEW, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:24-cv-00748-JRG<br><br>(**Member Case**)<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF A DISCOVERY ORDER

Plaintiff Dynamic Data Innovations LLC, Defendant Old Navy, LLC and Defendant TravisMathew, LLC (collectively, the "Parties") hereby jointly move for entry of the attached Discovery Order, pursuant to this Court's Order dated October 23, 2024 (Dkt. No. 10).

Dated: November 21, 2024         Respectfully submitted,

By: */s/ C. Matthew Rozier*

C. Matthew Rozier (CO 46854)
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (202) 316-1591, (404) 779-5305
Email: matt@rhmtrial.com

Jonathan Hardt (TX 24039906)
Danielle De La Paz (TX 24130716)
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541; (737) 304-8481
Email: hardt@rhmtrial.com
Email: danielle@rhmtrial.com

James F. McDonough, III (GA 117088)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Plaintiff DYNAMIC DATA INNOVATIONS LLC*

\*Admitted to the Eastern District of Texas

Dated: November 21, 2024                    Respectfully submitted,

By:/s/ Robert T. Cruzen

Robert T. Cruzen
Oregon State Bar No 080167
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
7270 Crosswater Ave., Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendant OLD NAVY, LLC*

\*Admitted to the Eastern District of Texas
*# e-signed with express permission*


Dated: November 21, 2024                    Respectfully submitted,


By:  /s/ Lance E. Wyatt
Neil J. McNabnay
Texas Bar No. 24002583
Lance E. Wyatt
Texas Bar No. 24093397
Rodeen Talebi
Texas Bar No. 24103958
Riley J. Green
Texas Bar No. 24131352
Brandon S. Avers
Texas Bar No. 24135660

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com

---

**JOINT MOTION FOR ENTRY OF A DISCOVERY ORDER**
E.D. Tex. No. 2:24-cv-00712-JRG (Lead Case), 2:24-cv-00748-JRG (Member Case) - Page | 3

>wyatt@fr.com
>talebi@fr.com
>rgreen@fr.com
>avers@fr.com
>
>J. Thad Heartfield
>State Bar No. 09346800
>thad@heartfieldlawfirm.com
>**THE HEARTFIELD LAW FIRM**
>2195 Dowlen Road
>Beaumont, Texas  77706
>Phone:  409.866.3318
>Fax:      409.866.5789
>
>David M. Stein
>Texas Bar No. 00797494
>E-mail: dstein@olsonstein.com
>**OLSON STEIN LLP**
>240 Nice Lane #301
>Newport Beach, CA  92663
>Phone:   949.887.4600

*Attorneys for Defendant TRAVISMATHEW, LLC*

>*Admitted to the Eastern District of Texas
># *e-signed with express permission*

---

**JOINT MOTION FOR ENTRY OF A DISCOVERY ORDER**
E.D. Tex. No. 2:24-cv-00712-JRG (Lead Case), 2:24-cv-00748-JRG (Member Case) - Page | 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: November 21, 2024

By: */s/ C. Matthew Rozier*
C. Matthew Rozier

## CERTIFICATE OF CONFERENCE [L.R. CV-7(i)]

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed on behalf of the Parties.  Counsel for the parties conferred by email on November 12, 2024, November 18, 2024, November 19, 2024, November 20, 2024, and November 21, 2024, regarding this Motion and the Parties are in agreement as to its substance, as indicated the signatures of counsel for all Parties.

Dated: November 21, 2024

By: */s/ C. Matthew Rozier*
C. Matthew Rozier