# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DYNAMIC DATA INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLD NAVY, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:24-cv-00712-JRG<br><br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| DYNAMIC DATA INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRAVISMATHEW, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:24-cv-00748-JRG<br><br>**(Member Case)**<br><br>**JURY TRIAL DEMANDED** |

**P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Docket Control Order, Dkt. 28, and Patent Rule 4-5(d), Plaintiff Dynamic Data Innovations LLC ("DDI") and Defendant TravisMathew, LLC ("TravisMathew") (collectively, the "Parties") hereby submit this Joint Claim Construction Chart with respect to United States Patent No. 9,632,676 ("the '676 patent"). The chart attached as **Exhibit A** sets forth the terms and phrases from the asserted claims that are currently disputed by the Parties along with the Parties' proposed constructions of those disputed terms and phrases.

Dated: October 14, 2025 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ C. Matthew Rozier*

　　　　　　　　　　　　　　　　　　　　　　Jonathan L. Hardt (TX 24039906) *
　　　　　　　　　　　　　　　　　　　　　　**ROZIER HARDT MCDONOUGH, PLLC**
　　　　　　　　　　　　　　　　　　　　　　712 W. 14th Street, Suite A
　　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　　Telephone: (737) 295-0876; (737) 304-8481
　　　　　　　　　　　　　　　　　　　　　　Email: hardt@rhmtrial.com
　　　　　　　　　　　　　　　　　　　　　　Email: danielle@rhmtrial.com

　　　　　　　　　　　　　　　　　　　　　　C. Matthew Rozier (CO 46854) *
　　　　　　　　　　　　　　　　　　　　　　**ROZIER HARDT MCDONOUGH, PLLC**
　　　　　　　　　　　　　　　　　　　　　　1001 Bannock Street
　　　　　　　　　　　　　　　　　　　　　　Suite 241
　　　　　　　　　　　　　　　　　　　　　　Denver, CO  80204
　　　　　　　　　　　　　　　　　　　　　　Telephone: (404) 779-5305
　　　　　　　　　　　　　　　　　　　　　　Email: matt@rhmtrial.com

　　　　　　　　　　　　　　　　　　　　　　James F. McDonough, III (GA 117088) *
　　　　　　　　　　　　　　　　　　　　　　**ROZIER HARDT MCDONOUGH, PLLC**
　　　　　　　　　　　　　　　　　　　　　　659 Auburn Avenue NE, Unit 254
　　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30312
　　　　　　　　　　　　　　　　　　　　　　Telephone: (404) 564-1866
　　　　　　　　　　　　　　　　　　　　　　Email: jim@rhmtrial.com\

　　　　　　　*Attorneys for Plaintiff DYNAMIC DATA INNOVATIONS LLC*

　　　　　　　　　　　　　　　　　　*Admitted to the Eastern District of Texas

Dated: October 14, 2025

Respectfully submitted,

By: */s/ Lance E. Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
Riley J. Green
Texas Bar No. 24131352
rgreen@fr.com
Brandon S. Avers
Texas Bar No. 24135660
avers@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 19001
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT TRAVISMATHEW, LLC**
# e-signed with express permission

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of October, 2025, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ C. Matthew Rozier*
C. Matthew Rozier
