# **EXHIBIT A**

## **TO P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

*DYNAMIC DATA INNOVATIONS LLC ("DDI") V. TRAVISMATHEW, LLC ("TRAVISMATHEW")*

**E.D. Tex. No. 2:24-cv-00712-JRG (LEAD)**

| U.S. Patent No. 9,632,676 ("the '676 patent") ||||
|---|---|---|---|
| **Term / Phrase / Clause (Asserted Claims(s))** | **DDI's Proposed Construction and/or Position** | **TravisMathew's Proposed Construction and/or Position** | **Court's Construction** |
| (1) "excluding said second set of objects from the first set of objects to identify a third set of objects" (**1**) | A third set of objects is identified by excluding the second set of objects from the first set of objects | Identifying a third set of objects, consisting of the entire first set of objects that remain after excluding the second set of objects | |

'676 Patent – Claim 1: A computer-implemented method for dynamically updating a set of data objects within a graphical user interface presented on a display of a client terminal according to manual user input provided using a physical user interface of the client terminal, comprising:

managing an object dataset defining a plurality of attribute values of a plurality of attribute parameters of each of a plurality of objects;

receiving a query including at least one search term;

applying the query to the object dataset to select, from said plurality of objects, a first set of objects complying with the at least one search term;

in response to said query instructing rendering of the first set of objects within a graphical user interface (GUI) for presentation to a user on a display of a client terminal;

detecting a selection of an object of the first set of objects, the selection performed by said user using a physical user interface in communication with the client terminal;

automatically identifying which of said plurality of attribute parameters of said object is a differentiating parameter by evaluating differences between said plurality of attribute values of said plurality of attribute parameters of said object and respective said plurality of attribute values of respective said plurality of attribute parameters of members of said first set of objects;

identifying a second set of objects from the first set of objects based on said differentiating parameter;

**excluding said second set of objects from the first set of objects to identify a third set of objects;** and

instructing dynamic rendering to update the GUI to present the third set of objects in response to said selection, wherein the third set of objects includes fewer members than the first set of objects;

wherein the said selection is a single click or touch on an indication of the object.

| U.S. Patent No. 9,632,676 ("the '676 patent") ||||
| --- | --- | --- | --- |
| **Term / Phrase / Clause (Asserted Claims(s))** | **DDI's Proposed Construction and/or Position** | **TravisMathew's Proposed Construction and/or Position** | **Court's Construction** |
| (2) "instructing dynamic rendering to update the GUI to present the third set of objects in response to said selection" (**1**) | Providing instructions to dynamically render, in response to a selection, an updated GUI to present the third set of objects | Instructing dynamic rendering to update the GUI to present the entire third set of objects in response to said selection | |
| '676 Patent – Claim 1: A computer-implemented method for dynamically updating a set of data objects within a graphical user interface presented on a display of a client terminal according to manual user input provided using a physical user interface of the client terminal, comprising: <br><br>managing an object dataset defining a plurality of attribute values of a plurality of attribute parameters of each of a plurality of objects; <br><br>receiving a query including at least one search term; <br><br>applying the query to the object dataset to select, from said plurality of objects, a first set of objects complying with the at least one search term; <br><br>in response to said query instructing rendering of the first set of objects within a graphical user interface (GUI) for presentation to a user on a display of a client terminal; <br><br>detecting a selection of an object of the first set of objects, the selection performed by said user using a physical user interface in communication with the client terminal; <br><br>automatically identifying which of said plurality of attribute parameters of said object is a differentiating parameter by evaluating differences between said plurality of attribute values of said plurality of attribute parameters of said object and respective said plurality of attribute values of respective said plurality of attribute parameters of members of said first set of objects; <br><br>identifying a second set of objects from the first set of objects based on said differentiating parameter; <br><br>excluding said second set of objects from the first set of objects to identify a third set of objects; and <br><br>**instructing dynamic rendering to update the GUI to present the third set of objects in response to said selection**, wherein the third set of objects includes fewer members than the first set of objects; <br><br>wherein the said selection is a single click or touch on an indication of the object. ||||